# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Eugene Parker
dba Greendot Limited

**BANKRUPTCY NO.** 6:10–bk–35619–DS

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5141
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/9/10

**Address:**
5160 Cluny Circle
Riverside, CA 92505

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.


Dated: November 9, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23b–odmwab VAN–23) Rev. 11/09

**34 / MCD**